UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>EMMANUEL MARTINEZ                  )<br>) | Cr. No. 08-10262-PBS |

ORDER

SARIS, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant Emmanuel Martinez to victims Judith Caligor and Leopold Caligor as part of the sentence imposed in the Southern District of New York on April 5, 2006, shall be paid instead to Dan Caligor, son of the deceased.

Dated: March 16, 2009

_____
Patti B. Saris, U.S.D.J.